| FDCPA of 1990<br>28 USC §3205<br>Revised 11/2002 | ANSWER OF GARNISHEE | CIVIL ACTION NUMBER: 08-0285-CB-C |
|---|---|---|

## IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA

Plaintiff:   UNITED STATES OF AMERICA        vs.        Defendant: Elijah Rollins

SSN: XXX-XX-3356

Garnishee and its successors or assigns:   Marion Bank and Trust Company

Address [Note to Garnishee: Complete if address different from service of process]:

_____

_____

**AFTER READING THE INSTRUCTION SHEET AND THE PROCESS OF GARNISH, CHECK THE APPROPRIATE ANSWER BELOW AND SIGN. RETURN ORIGINAL TO THIS COURT AT THE ADDRESS BELOW AND RETAIN A COPY FOR YOUR RECORDS. MAIL OR DELIVER A COPY TO THE PLAINTIFF AND TO THE DEFENDANT.**

_____   Defendant is employed and garnishee will withhold from the salary, wages, or other compensation, as required, pending further order of the Court. Obligor's "Disposable Earnings" are $_____ per _____ (week, bi-week, month).

_____   Defendant is employed; however, his disposable earnings are not sufficient to be subject to garnishment.

_____   Garnishee has in his possession or control, property or money belonging to the defendant which is not wages, salary or other compensation, namely:

_____

and is holding same subject to orders of the Court.

_____   Defendant not employed -- garnishee is not indebted to the defendant when process was received, or when making this answer, or during intervening time, and have not in my possession or control any belongings of the defendant.

__X_____   Other (Explain):   __Defendant does not have any accounts__

__with Marion Bank and Trust Co. to be garnished__

_____
Garnishee or Agent (Signature)

Sworn to and subscribed before me this

_____ day of _____, _____.

_____
Notary Public/Clerk/Register (Signature)

Address of Court:   Clerk's Office
113 St. Joseph Street
Mobile, Alabama 36602

Address of Plaintiff:   U.S. Attorney's Office
63 S. Royal Street, Suite 600
Mobile, Alabama 36602

Address of Defendant:   Elijah Rollins
104 Convenient Street
Marion, AL  36756-3006

FILED SEP 8 '09 PM12:13 USDC-ALS

| FDCPA of 1990<br>28 USC §3205<br>Revised 11/2002 | DEFENDANT'S REQUEST FOR HEARING OR TRANSFER<br>[NOTE: File only if applicable to your case] | CIVIL ACTION NUMBER: 08-0825-CB-C |
|---|---|---|

### IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA

Plaintiff:   UNITED STATES OF AMERICA            vs.        Defendant:  Elijah Rollins

SSN:  XXX-XX-3356

Garnishee and its successors or assigns:   Marion Bank and Trust Company

AFTER READING THE INSTRUCTION SHEET AND THE PROCESS OF GARNISHMENT, CHECK THE APPROPRIATE ANSWER BELOW AND SIGN. RETURN ORIGINAL TO THIS COURT AT THE ADDRESS BELOW AND RETAIN A COPY FOR YOUR RECORDS.  MAIL OR DELIVER A COPY TO THE PLAINTIFF.

_____    Hearing Requested - Not indebted to the Government based upon the following ground(s):

(Explain) _____

_____

_____

_____    Hearing Requested - Claim for Exemption Form attached.

_____    Transfer Requested - Residence outside of Federal judicial district in which this court is located.

Notice of hearing/transfer should be given to me by mail at the following address:

_____

_____

or telephonically at _____ .

Date: _____    _____
                                                                    (Signature of Defendant)

Address of Court:        Clerk of Court
                         113 St. Joseph Street
                         Mobile, Alabama 36602

Address of Plaintiff:    U.S. Attorney's Office
                         63 S. Royal Street, Suite 600
                         Mobile, Alabama 36602