## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   CIVIL ACTION NO. 08-0285-CB-C |
| | * |
| ELIJAH ROLLINS, | * |
| | * |
| Defendant. | * |

### SATISFACTION OF JUDGMENT

The Clerk of the United States District Court for the Southern District of Alabama is hereby authorized and empowered to satisfy and cancel the judgment in the above-entitled case as having been paid or otherwise settled.

Respectfully submitted,

EUGENE A. SEIDEL
ACTING UNITED STATES ATTORNEY

Dated: October 15, 2009    By_____
Gary Alan Moore (MOORG6851)
Assistant United States Attorney
United States Attorney's Office
63 South Royal Street, Suite 600
Mobile, Alabama 36602
Telephone: 251.441.5845
Facsimile: 251.441.5044
E-mail: gary.moore2@usdoj.gov